# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH AMBRIZ GONZALEZ,<br><br>Defendant | Case No. 20-CR-2520-GPC<br><br>**ORDER OF DISMISSAL AND JUDGMENT** |

The Court, having read and considered the Government's Motion to Dismiss the case, and finding good cause therein, hereby **ORDERS** that this case is dismissed, with prejudice.

**IT IS SO ORDERED.**

Dated: May 18, 2021

Hon. Gonzalo P. Curiel
United States District Judge